UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROGER SHEAK,<br><br>　　　　　Plaintiff,<br>v.<br><br>N&B AUTO SALES, L.L.C., ET AL<br>　　　　　Defendants, | :<br>:<br>:  Case No. 3:18 – CV-00269-MPS<br>:<br>:<br>:<br>:  APRIL 23, 2018<br>:<br>: |

**DEFENDANT CONNEX CREDIT UNION, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S
COMPLAINT AND CROSS-CLAIM**

I.   INTRODUCTION

1.　　It is admitted that the plaintiff's case is ostensibly brought pursuant to the statutes and causes of action alleged. The remaining allegations of Paragraph 1 are denied.

II.   PARTIES

2.　　The defendant, Connex Credit Union, Inc. ("Connex"), has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 2.

3.　　The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 3.

4.　　The defendant, Connex, admits the allegations contained in Paragraph 4.

## III. JURISDICTION

5. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 5.

6. The defendant, Connex, admits the allegations contained in Paragraph 6.

7. The defendant, Connex, admits the allegations contained in Paragraph 7.

## IV. FACTUAL ALLEGATIONS

8. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 8.

9. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 9.

10. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 10.

11. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 11.

12. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 12.

13. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 13.

14. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 14.

15. The defendant, Connex, admits the allegations contained in Paragraph 15.

16. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 16.

17. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 17.

18. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 18.

19. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 19.

20. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 20.

21. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 21.

22. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 22.

23. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 23.

24. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 24.

25. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 25.

26. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 26.

27. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 27.

28. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 28.

29. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 29.

30. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 30.

31. The defendant, Connex, admits that on December 22, 2017, plaintiff, by his attorney, purported to notify Connex that he revoked his acceptance of the Vehicle. It is denied that the plaintiff's purported revocation was valid. The remaining allegations of Paragraph 31 are denied.

32. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 32.

33. The allegations contained in Paragraph 33 state a conclusion of law, to which no responsive pleading is required. To the extent that a responsive pleading is required, the defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 33.

V. CAUSES OF ACTION

A. TRUTH IN LENDING ACT – N & B ONLY

34-38. The defendant, Connex, does not respond to the allegations of Paragraphs 34 through 38 because they are not directed to said defendant.

### B. BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY CLAIM - BOTH DEFENDANTS

39. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 39.

40. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 40.

41. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 41.

42. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 42.

43. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 43.

44. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 44.

45. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 45.

46. The defendant, Connex, denies the allegations contained in Paragraph 46.

47. The defendant, Connex, denies the allegations contained in Paragraph 47.

C. BREACH OF EXPRESS WRITTEN WARRANTY CLAIM

48. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 48.

49. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 49.

50. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 50.

51. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 51.

52. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 52.

53. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 53.

54. The defendant, Connex, denies the allegations contained in Paragraph 54.

55. The defendant, Connex, denies the allegations contained in Paragraph 55.

### D.  RETAIL INSTALLMENT SALES FINANCE ACT

56. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 56.

57. The defendant, Connex, denies the part of Paragraph 57 which alleges that it has been restored to its precontractual position as nearly as possible. As to the remaining allegations of Paragraph 57, the defendant, Connex, does not have sufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies.

58. The defendant, Connex, denies the allegations contained in Paragraph 58.

### E.  CONNECTICUT UNFAIR TRADE PRACTICES ACT

59. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 59.

60. The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 60.

61.     The defendant, Connex, has insufficient information or knowledge within which to form a belief, and therefore, neither admits nor denies the allegations in Paragraph 61.

62. The defendant, Connex, denies the allegations contained in Paragraph 62.

63. The defendant, Connex, denies the allegations contained in Paragraph 63.

### PRAYER FOR RELIEF

The defendant, Connex, denies all of the allegations in the plaintiff's Prayer for Relief and denies that the plaintiff is entitled to any relief.

### **AFFIRMATIVE DEFENSES**

1.     The plaintiff fails to state a claim, in whole or in part. upon which relief may be granted against defendant, Connex.

2.     As to some or all of the plaintiff's claims, the plaintiff lacks standing because he has no cognizable injury.

3.     The plaintiff's claims are time barred, in whole or in part, by the applicable statute of limitations or by the equitable doctrines of laches, waiver or estoppel.

4.     The plaintiff's claims are barred, in whole or in part, or must be reduced because he failed to mitigate his alleged damages.

5.     Any potential liability of defendant, Connex, which is expressly denied, is subject to set-off or recoupment.

6.     Any imposition of punitive damages against defendant, Connex, is barred to extent that the manner in which the damages are calculated violates the Constitution of the United States or the Constitution of the State of Connecticut.

7.     The defendant, Connex, avails itself of and adopts such other defenses raised by any other defendants as may be applicable.

## JURY DEMAND

The defendant, Connex, demands a trial by jury as to all issues.

## CROSS-CLAIM AGAINST DEFENDANT, N & B AUTO SALES, LLC

1.     On November 24, 2015, defendant N & B Auto Sales, LLC ("N&B") and defendant Connex entered into a Dealer Retail Agreement ("Agreement").

2.     Pursuant to the express terms of the Agreement, N&B agreed, warranted and represented that it would comply with all applicable laws and that it would indemnify and hold Connex harmless from and against any and all claims, loss, liabilities, expenses, damages and costs, including reasonable attorney's fees and court costs.

3.     If the plaintiff sustained injuries and damages in the manner and at the time and place alleged in his Complaint, and if it is found that this answering defendant, Connex, is liable to plaintiff herein, all of which is specifically denied, then said answering defendant, Connex, on the basis of contractual indemnification under the Agreement and/or common law indemnification, is entitled to recovery from co-defendant N&B for all of any verdict or judgment that plaintiff may recover against this answering defendant, Connex.

WHEREFORE, defendant, Connex, demands that defendant N&B be required to indemnify it for any judgment that may be rendered against it in favor of the plaintiff, together with the costs and disbursements of this action, and for any expenses incurred by defendant, Connex, in defense thereof, including but not limited to attorney's fees actually expended.

THE DEFENDANT,
CONNEX CREDIT UNION, INC.

/s/ Jennifer Rignoli CT27538
JENNIFER RIGNOLI, ESQ.
Federal Bar No. ct27538
Parrett, Porto, Parese & Colwell, P.C.
2319 Whitney Avenue, Suite 1D
Hamden, CT 06518
(203) 281-2700
(203) 281-0700 Fax
jrignoli@pppclaw.com

## CERTIFICATION

I hereby certify that on the 23rd day of April, 2018, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filling. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Jennifer Rignoli CT27538
JENNIFER RIGNOLI, ESQ.
Federal Bar No. ct27538
Parrett, Porto, Parese & Colwell, P.C.